IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02212-BNB

JAMES BRYANT,

    Applicant,

v.

BOBBY BONNER, Warden, Kit Carson Corr. Center, and
JOHN SUTHERS, Attorney General for the State of Colorado,

    Respondents.

---

ORDER FOR STATE COURT RECORD AND TO ANSWER

---

After preliminary consideration of the Amended Application for a Writ of Habeas Corpus Filed Pursuant to 28 U.S.C. § 2254, it is

(1)    ORDERED that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in ***People v. James Bryant*, Case No. 2003CR1282**, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims;

(2)    Within **thirty (30) days from the date the state court record is provided to the Court**, Respondent(s) shall file an Answer conforming to the requirements of Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts;

(3)    Within **thirty (30) days from the date Respondents file an Answer**, Applicant may file a Reply;

  (4) the Clerk of the Court is directed to send copies of this order to the following:

   (1) Clerk of the Court
    El Paso County District Court
    P.O. Box 2980
    Colorado Springs, Colorado 80901-2980; and

   (2) Court Services Manager
    State Court Administrator's Office
    1300 Broadway
    Denver, Colorado  80203.

DATED December 4, 2013, at Denver, Colorado.

           BY THE COURT:

           s/Lewis T. Babcock
           LEWIS T. BABCOCK, Senior Judge
           United States District Court