# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No. 13-cv-02212-WJM

JAMES BRYANT,

    Applicant,

v.

BOBBY BONNER, Warden, Kit Carson Corr. Center, and
JOHN SUTHERS, Attorney General for the State of Colorado,

    Respondents.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), and the Order on Application for a Writ of Habeas Corpus entered by the Honorable William J. Martínez, United States District Judge, on May 6, 2014,

IT IS ORDERED that the Application for a Writ of *Habeas Corpus* Pursuant to 28 U.S.C. § 2254 (ECF No. 1), filed by James Bryant on August 16, 2013, is DENIED and this action is DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that no certificate of appealability shall issue because Applicant has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2); Fed. R. Governing Section 2254 Cases 11(a); *Slack v. McDaniel*, 529 U.S. 473, 483–85 (2000). It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith  *See Coppedge v. United States*, 369 U.S. 438

(1962). If Applicant files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Dated at Denver, Colorado this  6th   day of May 2014.

BY THE COURT:

JEFFREY P. COLWELL, CLERK

By:    s/Deborah A. Hansen    
Deborah A. Hansen, Deputy Clerk